*Monday, April 12, 1999*

## MOTION DOCKET

**98–1156. Bagnoli v. Northbrook Prop. & Cas. Ins. Co.**
Stark App. No. 97CA00415. This cause is pending before the court as an appeal from the Court of Appeals for Stark County.

IT IS ORDERED by the court, *sua sponte*, that this case be held for the decision in Supreme Court case No. 98–442, *Scott–Pontzer v. Liberty Mutual Fire Insurance Co. et al.*

IT IS FURTHER ORDERED by the court, *sua sponte*, that oral argument currently scheduled for April 13, 1999, be canceled.